UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR 05-016S
:
DANIEL SHEPARD :

**ORDER**
**FOLLOWING IN CAMERA REVIEW**
**OF PROBATION RECORDS**

The court has completed its in camera review of the records produced in response to the subpoena duces tecum which was served upon the Keeper of Records, Rhode Island Probation Department, One Dorrance Plaza, requiring the production of all documents, files, reports, and other tangible items pertaining to Alexander Alvarado, d.o.b. 11-29-82. The court has determined that the entire contents of the file should be released to counsel for Defendant and the Government. The Clerk is directed to so notify counsel.

As the keeper of the records has produced the original file, counsel are directed to copy the documents produced[1] and to return the original file to the Clerk. The Clerk shall then notify the Keeper of the Records that the file produced may be retrieved.[2]

---

[1] As the subpoena issued at the request of Defendant, defense counsel shall be responsible for making the copies (unless otherwise agreed by counsel). As the records are somewhat voluminous, counsel for the Government (or a representative of the Government) may keep the records under observation until the Government has received its copy of the records (or the original records have been turned over to the Government for copying). Counsel are mutually responsible for insuring that the original file is returned to the Clerk's Office.

[2] The court does not foresee a need for the original records at trial. However, if either counsel disagrees with this assessment, s/he shall immediately file a motion to delay the return of the original records until after the trial of Defendant has concluded.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
June 1, 2005

PER ORDER:

Martha Saucier
Deputy Clerk