2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-16S** **June 1, 2005**

**TITLE: USA V. DANIEL SHEPARD**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:4[illegible] a.m. - [illegible]0**

---

**COUNSEL PRESENT:** **Government - Craig Moore, AUSA**
**Defendant - [illegible], Esquire**

**<u>RE: Jury Empanelment</u>**

**<u>Proceedings</u> - All counsel of record present; Defendant present; Jurors present; Court addresses the jurors; 28 jurors called; Court questions the jurors; 14 jurors selected; 12 jurors; 2 alternates; Attorneys satisfied with the jury; Court excuses the jurors; Trial to begin on Monday, June 13, 2005 at 8:30 a.m.**

**58**