# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

***Case No. CR05-16S***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Daniel Shepard**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **8:30 o'clock a.m.**, on the **13th** day of **June, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**Duration of Trial**

Sentencing

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: June 10, 2005.

David A. DiMarzio, Clerk

***By*** [signature]
***Doreen Baldinelli - Deputy Clerk***