UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-16S

DANIEL SHEPARD

CLERK'S MINUTES

Judge: Honorable William E. Smith
Court Reporter: Anne Clayton
Courtroom Deputy: Alba-Sue Mercurio

For Government: Adi Goldstein and Craig Moore
For Defendant: Kevin Fitzgerald
For Probation: Dennis Jenkins

Date: June 13, 2005

CHANGE OF PLEA HEARING: 9:02 a.m. - 9:30 a.m.

Deft. was scheduled to begin trial today, however, the Govt. is moving to dismiss Counts 2 and 3 of the Indictment. Deft. wishes to plead guilty to Count 1. Deft. is sworn and waiver is read. There is no written plea agreement. Govt. states maximum penalties. Govt. summarizes facts and elements it could prove if case went to trial. Deft. agrees to facts and wishes to plead guilty to Count 1. Court finds deft. is fully competent and plea is knowing and voluntary. Court accepts plea and adjudges deft. guilty. Sentencing is set for September 2, 2005 at 10:30 a.m.

63