**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
AUG 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR 05-16-001S** |
| | ) | |
| **DANIEL SHEPARD** | ) | |

---

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the defendant Daniel Shepard and moves this Honorable Court to Order the enlargement of time for the filing of objections to the pre-sentence report. As grounds the defendant states that due to the seriousness of this matter, the potential lengthy prison sentence the defendant is facing and the fact that counsel is court-excused for the week of August 8, 2005 the additional time is needed to fully review and research the pre-sentence report prepared in this case. Therefore, the defendant is seeking an enlargement of time from August 12, 2005 to August 19, 2005.

GRANTED
WESmith
William E. Smith
U.S. District Judge
8/8/05

Respectfully Submitted,
Daniel Shepard
by his attorney

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, R.I. 02903
(401) 528-4281

I hereby certify that I caused of copy of this Motion to be delivered to AUSA Adi Goldstein and USPO Kathleen M. Conlon on this the 1st day of August, 2005.