J. Smith . Adi GoldStein - Government. Kevin Fitzgerald - Defendant. Dis Ann Claym.

AO 187A (4/82)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

USA vs. Daniel Shepard DOCKET NO. CR05-16S

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 Glen Hebert. |
| 1 [illegible] | | 9/1/05 | | Full | TAPE - Copy |
| [illegible] | | 9/1/05 | | Full | |
| 1A | | 9/1/05. | | Full | TRANSCIPT ~~[illegible]~~ |
| | | | | | |
| 3 | | | | Full | PPD - 11/9/04 - (dated) (Bolo) |
| 4 | | | | Full | Defendant's JAcket. (Red) |
| | | | | | |
| | | | | | W-2 Angelo Sivant. |
| 5 | | | | Full | Photo of oxford Place. |
| | | | | | |
| 6 | | | | Full | Photo of inside of car |
| 2 | | | | Full | Medical Records. |
| | | | | | |
| | | | | | W-3 Lawrence Pilcher |
| | A | | | Full | Supplement Narrative for Patrolman |
| | | | | | Michael Villiard dated 11/18/04. |