# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

---

CASE NUMBER: CR05-16S September 1, 2005

TITLE: USA V. DANIEL SHEPARD

DISTRICT JUDGE: WILLIAM E. SMITH

COURTROOM CLERK: DOREEN L. BALDINELLI

COURT REPORTER: ANNE CLAYTON

IN COURT: 10:37 a.m. - 3:00 p.m.

---

COUNSEL PRESENT: Government - Adi Goldstein, AUSA
Defendant - Kevin Fitzgerald, Esquire
Probation - Kathy Conlon

RE: Sentencing Hearing

Proceedings: All counsel of record present; Defendant present; Arguments heard as to objections to PSR; Defense counsel moves for an oral motion to withdraw defendant's plea of guilty; Government objects to deft's oral motion to withdraw guilty plea; Court denies defendant's oral motion to withdraw his plea of guilty; W-1 Glen Hebert; W-1 Sworn in; W-1 DX by Attorney Goldstein; CX by Attorney Fitzgerald; RDX by Goldstein; RCX by Fitzgerald; W-2 Angelo A'vant; W-2 Sworn; W-2 DX by Attorney Goldstein; CX by Fitzgerald; W-3 Lawrence Pilcher; W-3 Sworn; W3 DX by Goldstein; CX by Fitzgerald; 8 exhibits ent'd full; Government recommends a maximum sentence of ten (10) years; Defense counsel asked the Court to impose a sentence below the maximum sentence of 10 years; Court imposes 120 months ; S/R of 3 years; S/A $100.00; Special condition: The defendant shall participate in a substance abuse/Mental Health program which may include testing (up to 72 tests per year); Court advises the defendant of his rights to file an appeal; Defendant to remain in custody.