UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

VS. CR05-16S

DANIEL SHEPARD
Defendant

**ORDER**

For the reasons stated in open Court on September 1, 2005, Defendant's Oral Motion to Withdraw guilty plea is DENIED.

BY ORDER:

____________________
DEPUTY CLERK

ENTER:

WESmith

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 9/6/05