**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR 05-16-001S** |
| | ) | |
| **DANIEL SHEPARD** | ) | |

---

**NOTICE OF APPEAL**

Now comes the defendant Daniel Shepard and notices his appeal of his sentence imposed on September 1, 2005 to the United States Court of Appeals for the First Circuit.

Respectfully Submitted,
Daniel Shepard
by his attorney

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, R.I. 02903
(401) 528-4281

I hereby certify that I caused of copy of this Notice to be ~~delivered~~ to AUSA Adi Goldstein on this the 7th day of September, 2005.