**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 05-16S |
| | ) | |
| DANIEL SHEPARD | ) | |

# MOTION TO DISMISS COUNTS TWO AND THREE OF THE INDICTMENT

Comes now the United States of America, by and through its attorney, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and moves to dismiss Counts II and III of the instant Indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

Respectfully Submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ADI GOLDSTEIN
Assistant U.S. Attorney

SO ORDERED:

____________________________
The Honorable William E. Smith
United States District Judge

DATE: ____________________

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2005 I caused to be sent a true copy of the within Government's Motion to Dismiss Counts Two and Three of the Indictment by regular first class mail to:

Kevin Fitzgerald, Esq.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903