UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. No. 05-16S
)
DANIEL SHEPARD )

MOTION TO DISMISS COUNTS TWO AND THREE OF THE INDICTMENT

Comes now the United States of America, by and through its attorney, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and moves to dismiss Counts II and III of the instant Indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

Respectfully Submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ADI GOLDSTEIN
Assistant U.S. Attorney

SO ORDERED:

The Honorable William E. Smith
United States District Judge

DATE: 9/8/05