USA
Plaintiff

VS: CR05-16-01S

Daniel Shepard
Defendant

# EXHIBIT RECEIPT

Sentencing Hearing Exhibit A

Attorney FDO

Deputy clerk