USA
Plaintiff

VS: CR05-16-01S

Daniel Shepard
Defendant

EXHIBIT RECEIPT

Sentencing Hearing Exhibits 1, 1A, 2, 3, 5 and 6 and 4 (JACKET)

K Anderson
Attorney

Doreen Baldinelli
Deputy clerk

88