# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES

vs.   :   CR No. 05-016-S

DANIEL SHEPARD

**ORDER**

Before this Court is Daniel Shepard's "Objection and Reconsideration Motion" (Doc. #141) ("motion for reconsideration") which seeks the reconsideration of this Court's recent Memorandum and Order denying and dismissing Shepard's Motion for Writ of Error Coram Nobis, his motion under Rule 60(d) of the Federal Rules of Civil Procedure and various related motions. See Memorandum and Order entered on March 3, 2010 (Doc. #140) ("3/3/11 Mem. & Order").

The motion for reconsideration essentially consists of a restatement and rehash of the same arguments that Shepard unsuccessfully asserted in connection with the above-mentioned motions that were denied; it states no new grounds for relief.

Further, this Court notes that the instant motion was filed in violation of this Court's express directive, contained in its 3/3/11 Memorandum and Order which states:

> In view of the excessive number of repetitive and frivolous filings made in connection with this matter, Shepherd is hereby directed not to file any further motions concerning the matters contained in the foregoing motions, apart from filings directly relating to any appeal he may take from the rulings

herein, without first seeking and receiving permission of the Court or designated Magistrate Judge.

3/3/11 Mem. & Order at 12-13.

Accordingly, Shepard's motion for reconsideration is hereby DENIED with prejudice.

IT IS SO ORDERED:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 4/14/11